UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case No. 14-20323-CR-ALTONAGA/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BARRY KAPLOWITZ,

    Defendant.
_____/

### **DEFENDANT BARRY KAPLOWITZ' THIRD REVISED WITNESS LIST**

Defendant, **BARRY KAPLOWITZ**, by and through undersigned counsel, hereby submits his list of witnesses that may or will be called at trial.

1. Ann-Marie Anderson

2. Arnall, Golden, Gregory, Llp.
   (Glenn P. Hendrix,
   or Aaron M. Danzig,
   or Sara M. Lord)

3. Carl Backman

4. Gwen Barker

5. Victoria Barnhart-Hatcher

6. Daniel Bober

7. Regina Bodison

8. James Bradley

9. Andrew Bunce

10. Darren Caruso

11. William Cushman

12. Custodian of Records – Board of Nursing

13. Custodian of Records – CVS Pharmacy

14. Custodian of Records – Walgreens Pharmacy

15. Antonio DiFillipo

16. Jo Allen Fraz

17. Christopher Gabel

18. Lee Goldwich

19. Thelma Gordon

20. Lori Grabois

21. Janice Greco

22. Carol Heuer

23. Louise Kassel

24. Ruth Millstein

25. Cecilia Moreno

26. Denise O'Connell

27. Aaron Palazzolo

28. Joe Palazzolo

29. Kimberly Palazzolo

30. Michael Pasano

31. Rebecca Patel

32. Alicia Petersen

33. Sheree Rosenbloom

34. Alan Rosenthal

35. Angela Rossier

36. Richard Seely

37. Robin Sher

38. Anthony Spina

39. Delvena Thomas

40. Allan Tuffs

41. Vala Wagie

42. Stephen Zalka

43. All persons listed by the Government

Defendant, **BARRY KAPLOWITZ**, reserves the right to amend this witness list as evidence develops at trial and as the exigencies of the trial require.

      Respectfully submitted,

      GRAY ROBINSON, P.A.
      Attorneys for Defendant
      333 S.E. 2nd Avenue
      Suite 3200
      Miami, Florida  33131
      Telephone #: (305) 416-6880
      Facsimile #: (305) 416-6887
      Email: jhirschhorn@gray-robinson.com

      By: s/Joel Hirschhorn
          JOEL HIRSCHHORN
          Florida Bar No. 104573

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 25, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/Joel Hirschhorn<br>
JOEL HIRSCHHORN