UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case No. 14-20323-CR-ALTONAGA/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BARRY KAPLOWITZ,

    Defendant.
_____/

**DEFENDANT BARRY KAPLOWITZ' FINAL REVISED EXHIBIT LIST**

Pursuant to the Court's Order Setting Trial Date (D.E. 39), Defendant, **BARRY KAPLOWITZ**, through undersigned counsel, hereby files the following proposed Exhibit List.

    Respectfully submitted,

    GRAY ROBINSON, P.A.
    Attorneys for Defendant
    333 S.E. 2nd Avenue
    Suite 3200
    Miami, Florida  33131
    Telephone #: (305) 416-6880
    Facsimile #: (305) 416-6887
    Email: jhirschhorn@gray-robinson.com

    By: s/Joel Hirschhorn
        JOEL HIRSCHHORN
        Florida Bar No. 104573

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

v.                                          **FINAL REVISED DEFENSE EXHIBIT LIST**

BARRY KAPLOWITZ, et. al.                    CASE NO.: 14-20323-CR-ALTONAGA

| PRESIDING JUDGE<br><br>The Honorable Cecilia M. Altonaga | GOVERNMENT'S ATTORNEYS<br><br>Nicholas E. Surmacz; Andrew H. Warren; L. Rush Atkinson | DEFENDANT'S ATTORNEYS<br><br>Joel Hirschhorn; Brian Bieber |
|---|---|---|
| TRIAL DATE<br><br>January 12, 2015 | COURT REPORTER<br><br>Stephanie McCarn | COURTROOM DEPUTY<br><br>Patricia Snead |

| GOV. NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | DX BRK-1 | | | | Hollywood Pavilion Cost Report |
| | DX BRK-2 | | | | Hollywood Pavilion Intake Form |
| | DX BRK-3 | | | | Hollywood Pavilion Presentation to Department of Justice |
| | DX BRK-4 | | | | Carlton Fields Memorandum |
| | DX BRK 4-1 | | | | Carlton Fields Memorandum |
| | DX BRK-5 | | | | Legal Services Invoice |
| | DX BRK-6-1 | | | | April 30, 2014 SafeGuard Services Letter |
| | DX BRK-6-2 | | | | May 08, 2014 SafeGuard Services Letter |
| | DX BRK-6-3 | | | | SafeGuard Services Letters - 12/6/2011, 4/30/2014, 4/29/2014, & 5/8/2014 |
| | DX BRK-7 | | | | Kim Palazzolo Protocol Supervision |
| | DX BRK-8 | | | | Nathaniel A. Keller Medical Director Agreement |

| | | | | |
|---|---|---|---|---|
| DX BRK 8-1 | | X | | Exhibit A to Medical Director Agreement |
| DX BRK-9 | | | | ARN Protocol |
| DX BRK 9-1 | | | | ARN Protocol |
| DX BRK 9-2 | | | | ARN Protocol |
| DX BRK 9-3 | | X | | ARN Protocol |
| DX BRK 9-4 | | X | | ARN Protocol |
| DX BRK-10 | | X | | Delray Family Practice Copies of Checks |
| DX BRK-11 | | X | | Barry Kaplowitz 1099 |
| DX BRK-12 | | X | | August 7, 2014 First Coast Service Options Letter |
| DX BRK-12-1 | | | | August 7, 2014 First Coast Service Options Letter |
| DX BRK-13 | | X | | Daniel Bober Medical Director Agreement |
| DX BRK-14 | | | | Keith Humes Case Management Agreement |
| DX BRK-15 | | | | Kim Palazzolo Practice Information |
| DX BRK-16 | | | | ARN Protocols |
| DX BRK-17 | | | | Copies of Checks, Delray Family Practice |
| DX BRK-18 | | | | Hollywood Pavilion Re-appointment Forms |
| DX BRK-19 | | | | Hollywood Pavilion Organizational Chart |
| DX BRK-19(1) | | X | | Hollywood Pavilion Organizational Chart |
| DX BRK-20 | | | | Kim Palazzolo SMS Messages |
| DX BRK-21 | | | | February 23, 2006 Hollywood Pavilion Letter |
| DX BRK-22 | | | | ARN Protocols |
| DX BRK-23 | | | | ARN Protocols |

| | | | | | |
|---|---|---|---|---|---|
| | DX BRK-24 | | | | Aventura Hospital and Medical Center Forms |
| | DX BRK-25 | | | | Medicare Billing Records |
| | DX BRK-26 | | | | Travel Records for Barry Kaplowitz |
| | DX BRK-27 | | | X | Hollywood Pavilion Department Head Minutes |
| | DX BRK-28 | | X | | Hollywood Pavilion Financial Statements and Supplementary Information |
| | DX BRK-29 | | | | Bruce Hyman Clinical Director Agreement |
| | DX BRK-30 | | | | Photographs of Hollywood Pavilion |
| | DX BRK-31 | | X | | Michele Petrie SMS Messages |
| | DX BRK-32 | | | | Advanced Med LCD for OIP |
| | DX BRK-33-1 | | | | Patient Chart: Ayala Gonzalo |
| | DX BRK-33-2 | | | | Patient Chart: Curtis Bennett |
| | DX BRK-33-3 | | | | Patient Chart: Lance Biggs |
| | DX BRK-33-4 | | | | Patient Chart: Janet Brandaniz |
| | DX BRK-33-5 | | | | Patient Chart: Joel Brooks |
| | DX BRK-33-6 | | | | Patient Chart: Jeremy Calton |
| | DX BRK-33-7 | | | | Patient Chart: Gina Cianciaruso |
| | DX BRK-33-8 | | | | Patient Chart: Donna Clark |
| | DX BRK-33-9 | | | | Patient Chart: Henry Cook |
| | DX BRK-33-10 | | | | Patient Chart: Kimberly Dixon |
| | DX BRK-33-11 | | | | Patient Chart: Steven Dudley |

| | | | | | |
|---|---|---|---|---|---|
| | DX BRK-33-12 | | | | Patient Chart: Teressa Dunaway |
| | DX BRK-33-13 | | | | Patient Chart: Alex East |
| | DX BRK-33-14 | | | | Patient Chart: Margielene Funderburk |
| | DX BRK-33-15 | | | | Patient Chart: Terese Gallinatti |
| | DX BRK-33-16 | | | | Patient Chart: Kenneth Graham |
| | DX BRK-33-17 | | | | Patient Chart: Glenn Hilbert |
| | DX BRK-33-18 | | | | Patient Chart: Mitchell Hoffman |
| | DX BRK-33-19 | | | | Patient Chart: Silvia Holmes |
| | DX BRK-33-20 | | | | Patient Chart: Darnell Johnson |
| | DX BRK-33-21 | | | | Patient Chart: William Johnson |
| | DX BRK-33-22 | | | | Patient Chart: Todd Klinger |
| | DX BRK-33-23 | | | | Patient Chart: Elizabeth Konrad |
| | DX BRK-33-24 | | | | Patient Chart: Kenneth Laudao |
| | DX BRK-33-25 | | | | Patient Chart: Roderick Leonard |
| | DX BRK-33-26 | | | | Patient Chart: Alexander Linares |
| | DX BRK-33-27 | | | | Patient Chart: James Marchese |
| | DX BRK-33-28 | | | | Patient Chart: Jay Moldoff |
| | DX BRK-33-29 | | | | Patient Chart: Scott Morgan |

| | | | | | |
|---|---|---|---|---|---|
| | DX BRK-33-30 | | | | Patient Chart: Scott Nelson |
| | DX BRK 33-31 | | | | Patient Chart: Carol Heuer |
| | DX BRK 33-32 | | | | Patient Chart: Carol Wolfe |
| | DX BRK 33-33 | | | | Patient Chart: Alison Gilbert |
| | DX BRK 33-34 | | | | Patient Chart: Kenneth Graham |
| | DX BRK 33-35 | | | | Patient Chart: Brynt Shakir |
| | DX BRK 33-36 | | | | Patient Chart: Steven Siegel |
| | DX BRK 33-37 | | | | Patient Chart: Caitlin Tinsley |
| | DX BRK 33-38 | | | | Patient Chart: Troy Tyus |
| | DX BRK-34 | | | | M. Petrie Rx |
| | DX BRK-35 | | | | BRK CV |
| | DX BRK-36 | | | | T. Gordon, ARNP Protocol |
| | DX BRK-37-1 | | | X | Checks Delray Family Center to Humes |
| | DX BRK-37-2 | | | X | Checks Delray Family Center to Butler |
| | DX BRK-37-2(i) | | | | Checks Delray Family Center to Butler |
| | DX BRK-38 | | | | Palazzolo resignation letter 10/20/10 |
| | DX BRK-39 | | | | CMS: SafeGuard 12/6/11 Audit letter to Delray Family Practice |

| | | | | | |
|---|---|---|---|---|---|
| | DX BRK-40-1 | | | | Delray Family checks to TWD William Professional |
| | DX BRK-40-2 | | | | Delray Family checks to Eminent Endeavors |
| | DX BRK-40-3 | | | | Delray Family checks to James Butler |
| | DX BRK-41-1 | | | X | BRK Tax Returns 2008 |
| | DX BRK-41-2 | | | X | BRK Tax Returns 2009 |
| | DX BRK-41-3 | | | X | BRK Tax Returns 2010 |
| | DX BRK-41-4 | | | X | BRK Tax Returns 2011 |
| | DX BRK-41-5 | | | X | BRK Tax Returns 2012 |
| | DX BRK-41-6 | | | X | BRK Tax Returns 2013 |
| | DX BRK-42 | | | X | HP Appointment BRK to Staff 5/12/08 |
| | DX BRK-43 | | | | Photos: Grabois Xmas Party 12/17/10 |
| | DX BRK-44 | | | | AHMC Psych. Eval., Admission Treatment Plan Form |
| | DX BRK-45-1 | | | | Patient Register |
| | DX BRK-45-2 | | | | AdvanceMed Summary Chart, HP Patients Billed to BRK |
| | DX BRK-46 | | | | Summary Chart: BRK Checks from Delray Family Center |
| | DX BRK-47 | | | | GP&K Message Books |
| | DX BRK-47-1 | | | X | GP&K Message Books |
| | DX BRK-48-1 | | | | Wisconsin Position Services – Inpatient Claims |
| | DX BRK-48-2 | | | | Wisconsin Position Services – Inpatient Claims |
| | DX BRK- | | | | Summary |

| | | | | | |
|---|---|---|---|---|---|
| | 48-2(i) | | | | |
| | DX BRK-48-2(ii) | | | | Full Spreadsheet |
| | DX BRK-49 | | | | Memorandum – 10/2/12 |
| | DX BRK-50 | | | | HP Checks |
| | DX BRK-51 | | | | Photograph of Kimberly Palazzolo |
| | DX BRK-52 | | | | Photograph of Michele Petrie |
| | DX BRK-53 | | | | E-mail – 06/03/10 |
| | DX BRK-54 | | | | E-mail – 06/19/12 |
| | DX BRK-55 | | | X | HP IOP – Care Overview |
| | DX BRK-55-1 | | | | HP IOP – Care Overview ( Zury ) |
| | DX BRK-56 | | | | DOH: Billing Study |
| | DX BRK-57 | | | | Gov't Discovery Folder 180 "07.2013 to 10.2013" – Inpatient Claims |
| | DX BRK-57-1 | | | | Extrapolation from BRK-57 (All Entries) |
| | DX BRK-57-2 | | | | Extrapolation from BRK-57 (BRK Only) |
| | DX BRK-57-3 | | | | Extrapolation from BRK-57 (Gumer Only) |
| | DX BRK-58 | | | | U.S. DOJ – Property Receipts |
| | DX BRK-59 | | | | Gov't Discovery Folder 180 "07.2013 to 10.2013" – Outpatient Claims |
| | DX BRK-59-1 | | | | Extrapolation from BRK-59 (All Entries) |
| | DX BRK-59-2 | | | | Extrapolation from BRK-59 (BRK Only) |
| | DX BRK-59-3 | | | | Extrapolation from BRK- 59 (Gumer Only) |
| | DX BRK-60 | | | X | Hollywood Pavilion Photographs |
| | DX BRK-61 | | | | Curriculum Vitae – Thelma Gordon |

8

| | | | | | |
|---|---|---|---|---|---|
| | DX BRK-62 | | | | Fla. BON – Nurse Practice Act, Rules of Board of Nursing |
| | DX BRK-63 | | | | Gov't Discovery Folder 6, "2006-Present" (01/2006 thru 7/2012) – Inpatient Claims |
| | DX BRK-63-1 | | | | Extrapolation from BRK-63 (All Entries) |
| | DX BRK-63-2 | | | | Extrapolation from BRK-63 (BRK Only) |
| | DX BRK-63-3 | | | | Extrapolation from BRK-63 (Gumer Only) |
| | DX BRK-64 | | | | Gov't Discovery Folder 6, "2006-Present" (01/2006 thru 7/2012)– Outpatient Claims |
| | DX BRK-64-1 | | | | Extrapolation from BRK-64 (All Entries) |
| | DX BRK-64-2 | | | | Extrapolation from BRK-64 (BRK Only) |
| | DX BRK-64-3 | | | | Extrapolation from BRK-64 (Gumer Only) |
| | DX BRK-65 | | | X | HP IOP Brochure |
| | DX BRK-66 | | | | Richard B. Seely, M.D. C.V. |
| | DX BRK-67 | | | | Thelma Gordon C.V. |
| | DX BRK-68 | | X | | CVS Pharmacy Prescription Records |
| | DX BRK-69 | | | X | Extracted pages from BRK ARNP Medicare Claims Chart |
| | DX BRK-69-1 | | | X | BRK ARNP Medicare Claims Chart |
| | DX BRK-70 | | X | | HP Brochure & Attachments |
| | DX BRK-70-1 | | | X | HP Telephone Numbers List |
| | DX BRK-71 | | | | Walgreens Pharmacy Prescription Records |
| | DX BRK-72 | | X | | SSH, Inc. Physician Face to Face Requirements |
| | DX BRK-72-1 | | | | SSH, Inc. Physician Face to Face Requirements Redacted |
| | DX BRK-73 | | | X | Gabel Memo to Nursing Staff 10/25/04 |

|  |  |  |  |  |
|---|---|---|---|---|
| DX BRK-74 |  | X |  | HP Letter 9/30/05 |
| DX BRK-75 |  | X |  | Email 9/9/2001 KKZ to Gabel |
| DX BRK-76 |  | X |  | Dr. Kim Palazzolo Picture |
| DX BRK-77 |  | X |  | Danzig Letter 9/29/10 |
| DX BRK-79 |  |  | X | Richard B. Seely, M.D. C.V. |
| DX BRK-80 |  |  |  | Seely Email 2/6/15 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 10, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/Joel Hirschhorn
JOEL HIRSCHHORN